IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF UP TO $249,340.00 IN THE ACCOUNT LOCATED AT THE MANUFACTURERS AND TRADERS TRUST COMPANY ENDING IN - 7460. | Case No. 17-1672 JMC<br><br>**AFFIDAVIT IN SUPPORT OF SEIZURE WARRANT** |

### I. Purpose of the Affidavit

1. This affidavit is submitted in support of an application for a seizure warrant for up to $249,340.00 in the Manufacturers and Traders Trust Company (M&T Bank), account # DDA 15004238927460, One M&T Plaza Buffalo, NY 14203, with account title and signatories as Patricia A. Bogdan or Amy Wolferman. I, Shayne E. Buchwald, Special Agent of the Federal Bureau of Investigation ("FBI"), submit that there is probable cause to believe that the funds in the account referenced above constitute:

   a. (1) money furnished and intended to be furnished in exchange for a controlled substance in violation of the Controlled Substances Act; (2) proceeds traceable to such an exchange; and (3) money used and intended to be used to facilitate a violation of the Controlled Substances Act in violation of 21 U.S.C. § 841 and thus subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6), and subject to seizure pursuant to 21 U.S.C. § 881(b) and 18 U.S.C. § 981(b). Furthermore, I submit that the funds are subject to seizure and forfeiture under 21 U.S.C. § 853(a) and (f) as (a) property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of a narcotics violation and (b) property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, a narcotics violation; and

1

# 17 - 1 6 7 2 JMC

  b.  proceeds derived from or traceable to a violation of 18 U.S.C. § 471, which prohibits the false making or counterfeiting of obligations or other securities of the United States, and are therefore subject to seizure and forfeiture pursuant to 18 U.S.C §§ 981(a)(1)(C) and 982(a)(2)(B) and 21 U.S.C. § 853(a) and (f).

## II. <u>Affiant</u>

  2.  I, Shayne E. Buchwald, am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since approximately July 2002. I am currently assigned to the FBI field office in Baltimore, Maryland. I have participated in a vast array of criminal investigations to include drug violations, violent crime, interstate theft and misuse of public office. In part, I have been the affiant and case agent on wire and oral intercept affidavits, as well as Global Positioning, and search warrants. Those investigations have led to the recovery of evidentiary items to include illegal drugs, weapons, stolen property, financial property, and related items as well as indicia of those involved.

  3.  Currently, I investigate criminal violations relating to complex financial crime, including mail, wire, and bank fraud, as well as aggravated identity theft. I have participated in numerous investigations of these offenses, the execution of related federal search warrants, and the arrests of individuals charged with such offenses.

  4.  In addition, I know based on my training, knowledge, and experience that individuals who traffick in narcotics or are engaged in other criminal activities that result in cash proceeds frequently have family members, friends, or other nominees hold assets and proceeds from their narcotic trafficking in their own names to conceal them from law enforcement.

# 17-1672 JMC

5.  The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement agents specifically, Howard County Police Department (HOCOPD), and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## III. Probable Cause

6.  On February 1, 2017, M&T Bank received an internal alert for a large cash deposit of $149,340.00 into savings account #15004238926420 (hereinafter "account -6420"), which was opened in the names of Patricia A. Bogdan and Amy Wolferman. M&T bank records reflect that Wolferman reported on 2/4/2017 that she had no employment. A review of Maryland wage records indicate Wolferman had no wages as of first quarter 2016.

7.  On April 9, 2017, the Howard County (MD) Police Department executed the arrest of Patricia Ann Bogdan and Nicholas Giordano at a Walmart parking lot located at 3200 North Ridge RD, Ellicott City, MD. Bogdan was arrested for the Possession and Issuance of Forged Currency and Giordano was arrested for Possession and Issuance of Forged Currency, and CDS Possession with intent to Distribute Maijuana/Hashish. Bogdan had three $20 counterfeit bills in her possession along with $11,850.00 in authentic United States currency. The $11,850.00 was found in a containter in Bogdan's purse. During the arrest, Bogdan made a statement indicating that she had the bulk cash because she distrusted banks. Also during the arrest, Giordano said that Bogdan was his girlfriend and Bogdan said that Giordano was her boyfriend. Bogdan told the arresting officers that she had been staying at Giordano's residence,

3

# 17-1672 JMC

located at 3358 North Chatham Road, Ellicott City, MD 21043, for a few months ("3358 North Chatham Road").[1]

8. On April 10, 2017, the Howard County Police Department obtained and executed a search warrant, signed by the Honorable Judge Reese, for 3358 North Chatham Road. During a search of that residence, officers found and seized the following property: a large glass mason jar containing 49 small plastic baggies containing greenish brown vegetable matter, a canon printer, copier, and scanner, an authentic $20 bill, a photocopy of that $20 bill on the Canon printer tray, a brick of blank United States currency shaped papers, a brick of approximately 700 blank prints of currency sized paper with BEP (Bureau of Engraving and Printing) straps around them, a $100 bill, and a $50 bill.

9. Two days later, on April 12, 2017, Bogdan presented to M&T bank, located at 3401 Eastern Ave, Baltimore, MD 21224, with $100,000.00 cash in a bag for deposit into an account. According to the bank employee, the money was in cash straps. Bogdan told the bank employee the funds were from an inheritance. Bank personnel counted the money using their money counting machine and the money was found to be authentic. At that time, Bogdan opened savings account #15004238927460 (hereinafter "account -7460") in her and Wolferman's names. Account -6420 was closed and the $149,340.00 in account -6420 was transferred into account -7460.

10. A review of the bank customer profile records indicate that both Bogdan and Wolferman were unemployed at the time of opening bank account -7460. A review of Maryland

---

[1] I am aware that, in the months prior to arrest, Bogdan has been present at that residence when police responded to calls of domestic disturbances at that residence.

4

**17 -1 6 7 2 JMC**

wage records further confirms that neither Bogdan nor Wolferman had any wages reported as of the first quarter 2016.

11.     On May 8, 2017, the Maryland State Police Laboratory Report advised that the 40 bags seized from the search of 3358 North Chatham Road on April 14, 2017 held a total of 42.97 grams of Schedule 1 Marijuana. Based on the facts stated above and my training, knowledge, and experience, I believe that the deposits into the account -7460 described above were made in an attempt to hide drug or counterfeiting proceeds and to disguise the monies as legitimate funds.

**IV.     Conclusion**

12.     Based on the foregoing information, I submit that there is probable cause to believe that up to $249,340 in the United States currency in account -7460 at M&T Bank is (1) money furnished and intended to be furnished in exchange for a controlled substance in violation of the Controlled Substances Act; and (2) money used and intended to be used to facilitate a violation of the Controlled Substances Act in violation of 21 U.S.C. § 841 and thus subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6), and subject to seizure pursuant to 21 U.S.C. § 881(b) and 18 U.S.C. § 981(b). Furthermore, I submit that the funds are subject to seizure and forfeiture under 21 U.S.C. § 853(a) and (f) as (a) property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of a narcotics violation and (b) property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, a narcotics violation. I further submit there is probable cause to believe that the currency is proceeds derived from or traceable to a violation of 18 U.S.C. § 471, which prohibits the false making or counterfeiting of obligations or other securities of the United States, and are therefore

17 - 1 6 7 2 JMC

subject to seizure and forfeiture pursuant to 18 U.S.C §§ 981(a)(1)(C) and 982(a)(2)(B) and 21 U.S.C. § 853(a) and (f).

_____
Shayne E. Buchwald
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me on 6/9, 2017.

_____
J. Mark Coulson
United States Magistrate Judge

```
_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

            JUN 2 6 2017
              AT BALTIMORE
         CLERK, U.S. DISTRICT COURT
      BY    DISTRICT OF MARYLAND
                              DEPUTY
```

6